*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 7, 2014          518117
_____

In the Matter of RORY DOLAN,
                    Petitioner,

          v                              MEMORANDUM AND JUDGMENT

ANTHONY ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  June 9, 2014

Before:  Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ.

                    _____

        Rory Dolan, Otisville, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating a prison disciplinary rule.

        Following a verbal altercation with another inmate in the
laundry area and bathroom of their housing unit, petitioner was
charged in a detailed misbehavior report with creating a
disturbance.  That report, as well as the testimony of the
correction officer who authored it, provided substantial evidence
for the determination that petitioner was guilty as charged
(see Matter of Green v Bradt, 91 AD3d 1235, 1237 [2012], lv
denied 19 NY3d 802 [2012]; Matter of Hale v Selsky, 57 AD3d 1136,
1137 [2008], appeal dismissed 12 NY3d 776 [2009]).  Petitioner's
contrary testimony that he was not arguing with the other inmate

and was only speaking loudly because of the nearby washing machines and dryers presented a credibility issue for the Hearing Officer to resolve (see Matter of Hale v Selsky, 57 AD3d at 1137). Further, the record does not support petitioner's assertion that the Hearing Officer was biased or that the determination flowed from that alleged bias (see Matter of Ferguson v Fischer, 116 AD3d 1314, 1314 [2014]). Petitioner's remaining contentions are either unpreserved or lack merit.

Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court